1 Joel E. Tasca
Nevada Bar No. 14124
2 Holly Ann Priest
Nevada Bar No. 13226
3 BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
4 Las Vegas, NV 89135
Telephone: (702) 471-7000
5 Facsimile: (702) 471-7070
tasca@ballardspahr.com
6 priesth@ballardspahr.com

7 *Stephanie Schuster*
(pro hac vice application to be filed)
8 MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
9 Washington, DC 20004
Telephone: (202) 373-6595
10 Facsimile: (202) 739-3001
stephanie.schuster@morganlewis.com

*Attorneys for Defendant HomeAway, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SPACIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMEAWAY, INC.,<br><br>Defendant. | Case No. 2:19-cv-00983-GMN-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1 and 6-2, Defendant HomeAway, Inc. ("HomeAway") has requested, and Plaintiff Spacil has agreed to, a 30-day extension of time to respond to Plaintiff's complaint—i.e., to October 21, 2019. This is the Parties' first request for an extension of the deadline to file a responsive pleading. Plaintiff served HomeAway on August 30, 2019.

1  Currently, HomeAway's response to Plaintiff's complaint is due on September 21, 2019. See Fed. R. Civ. P. 12(a)(1)(A)(i).

Just cause exists for this Court to grant the requested extension. Plaintiff asserts multiple claims on her own behalf and on behalf of a putative class. In addition, defense counsel, who was recently retained to represent HomeAway in this matter, is preparing for oral arguments in other matters scheduled to occur on September 16 and September 19. In light of the seriousness of the allegations, the number of issues involved, and defense counsel's intervening obligations in other matters, HomeAway requires additional time to evaluate Plaintiff's claims and prepare an appropriate response. This stipulation is made in good faith and not for the purposes of delay.

WHEREFORE, the Parties stipulate to and respectfully request that this Court so order a 30-day extension of HomeAway's deadline to respond to the complaint—i.e., to October 21, 2019.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

***[Signatures on following page.]***

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
(702) 471-7000 FAX (702) 471-7070

DATED this 12th day of September, 2019.

| KNEPPER & CLARK LLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Miles N. Clark<br>Matthew I. Knepper<br>Nevada Bar No. 12796<br>Miles N. Clark<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd.<br>Suite 30<br>Las Vegas, Nevada 89148<br>Telephone: (702) 856-7430<br>Facsimile: (702) 447-8048<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>*Attorneys for Plaintiff* | By: /s/ Holly Ann Priest<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>Stephanie Schuster<br>(*pro hac vice* application to be filed)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004'<br><br>*Attorneys for Defendant HomeAway, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 17, 2019

38202648_1.docx     3