Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SPACIL, and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>HOME AWAY, INC.,<br><br>Defendants. | Case No.: 2:19-cv-00983-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>**[SECOND REQUEST]** |

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION [SECOND REQUEST] - 1

Plaintiff Linda Spacil ("Plaintiff"), by and through her counsel of record, and Defendant Home Away, Inc. ("Home Away") have agreed and stipulated to the following:

1. On June 10, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On October 21, 2019, Home Away filed a Motion to Compel Arbitration [ECF Dkt.7].

3. On November 5, 2019, the Court granted an extension for Plaintiff to respond to the Motion to Compel [ECF Dkt. 10].

4. Plaintiff's Response is due November 19, 2019.

5. Plaintiff and Home Away have agreed to extend Plaintiff's response six days in order to further consider the arguments raised in the motion. As a result, both Plaintiff and Home Away hereby request this Court to further extend the date for Plaintiff to respond to Home Away's Motion to Compel Arbitration until **November 25, 2019** and to extend the date for Home Away to file their Reply until **December 17, 2019**.

//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION [SECOND REQUEST] - 2

This is the Parties' first stipulation to extend the deadlines and this stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated November 18, 2019.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **BALLARD SPAHR LLP** |
| /s/ *Miles N. Clark* | /s/ *Holly Ann Priest* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Holly Ann Priest, Esq.<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135<br>Email: tasca@ballardspahr.com<br>Email: priesth@ballardspahr.com |
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: dkrieger@hainesandkrieger.com | *Counsel for Defendant*<br>*Home Away, Inc.* |
| *Counsel for Plaintiff* | |

# ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

**IT IS SO ORDERED.**
Dated this 19 day of November, 2019

_____
Gloria M. Navarro, District Judge
United States District Court

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION [SECOND REQUEST] - 3