UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINDA SPACIL, and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>HOME AWAY, INC.,<br><br>Defendants. | Case No. 2:19-CV-00983-GMN-EJY<br><br>**ORDER** |

Before the Court is Defendant's Motion to Stay Discovery Pending Resolution of Motion to Compel Arbitration (ECF No. 19) and the [Proposed] Stipulated Discovery Plan and Scheduling Order (ECF No. 20). The Court grants Defendant's Motion to Stay Discovery (ECF No. 19) and denies the Proposed Stipulated Discovery Plan and Scheduling Order (ECF No. 20) as follows.

The Court is presently considering Defendant's Motion to Compel Arbitration (ECF No. 7). The Court agrees that discovery should be stayed until that Motion is decided. The Court's decision regarding discovery arising from the Motion to Compel will be addressed in the Court's order granting, denying, or setting an evidentiary hearing on the same.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Stay Discovery (ECF No. 19) is GRANTED until such time as the Court issues a further order arising from its decision on Defendant's Motion to Compel Arbitration.

IT IS FURTHER ORDERED that the Stipulated Discovery Plan and Scheduling Order (ECF No. 20) is DENIED without prejudice.

DATED: January 3, 2020

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1