Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 S Fort Apache Road, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
5502 S Fort Apache Road, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*
*LINDA SPACIL*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SPACIL, | Case No. 2:19-cv-00983-GMN-EJY |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HOME AWAY, INC. WITH PREJUDICE** |
| v. | |
| HOME AWAY, INC., | Complaint filed: 6/10/2019 |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant Home Away, Inc., not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant Home Away, Inc**.,** authorizes, and directs the Clerk of the Court to enter a judgment of

/ / /

dismissal with prejudice against Defendant Home Away, Inc.

DATED: March 22, 2022.

                                                **KNEPPER & CLARK LLC**

                                                /s/ *Miles N. Clark*
Miles N. Clark, Esq.
Nevada Bar No. 13848
5510 S Fort Apache Road, Suite 30
Las Vegas, NV 89148
Email: miles.clark@knepperclark.com

**KRIEGER LAW GROUP, LLC**
David H. Krieger, Esq.
Nevada Bar No. 9086
5502 S Fort Apache Road, Suite 200
Las Vegas, NV 89148
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*
*Linda Spacil*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2022, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HOME AWAY, INC., WITH PREJUDICE** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC